**Order entered July 21, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00076-CV

### VENKY VENKATRAMAN, Appellant

### V.

### STEPHEN D. SKINNER AND JYOTI MASUREKAR, JOINTLY AND SEVERALLY LIABLE, Appellees

**On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-04-11968-V**

### ORDER

Before the Court is appellant's July 18, 2021 Motion to Abate Appeal Due to Incorrect and Incomplete Court Reporter's Records. In his motion, appellant asserts the reporter's record filed on July 6, 2021 incorrectly lists attorneys Ms. Rowan and Ms. Johnson in the Index as participating in the trial. Ms. Rowan and Ms. Johnson, however, are not listed under "Appearances" and a search of their names shows them only listed in the Index. Accordingly, their inclusion of their names in the Index appears to be error. Additionally, appellant asserts that the

reporter's record fails to include the exhibits that were admitted at trial. Lastly, appellant asserts that, although requested, the reporter's record of the hearing conducted on December 16, 2020 has not been filed.

We **GRANT** the motion as follows. We **ORDER** Glenda Finkley, Official Court Reporter for the 256th Judicial District Court, to file, by **August 11, 2021**, (1) a corrected reporter's record of the trial conducted on December 1, 2020 with a corrected index and all the exhibits admitted at trial and (2) the reporter's record of the hearing conducted on December 16, 2020.

Appellant's brief on the merits will be due within thirty days after the reporter's record is complete.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Finkley and all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE